**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00248-MSK-MJW

AVENGERS, INC., et al.,

    Plaintiffs,

v.

QFA ROYALTIES LLC, et al.,

    Defendants.

**CORPORATE DISCLOSURE STATEMENT**

    Pursuant to Fed. R. Civ. P. 7.1 and D.C.COLO.LCivR 7.4, Defendants QCE Holding LLC, QCE Incentive LLC, Quiznos Finance, Inc. (formerly known as Quiznos Finance LLC), The Cervantes Holding Company LLC, Cervantes Capital LLC, and Cervantes Master LLC, through their attorneys, respectfully submit this disclosure statement.

    1.    QCE Holding LLC's sole member is Quiznos Finance, Inc.  No publicly held entity owns more than 10% of the stock or membership units of QCE Holding LLC.

    2.    QCE Incentive LLC's sole member is QCE Holding LLC.  No publicly held entity owns more than 10% of the stock or membership units of QCE Incentive LLC.

    3.    Quiznos Finance, Inc.'s sole stockholder is Consumer Capital Servicing LLC.  No publicly held entity owns more than 10% of the stock of Quiznos Finance, Inc.

    4.    The parent entities of The Cervantes Holding Company LLC, formerly known as The Cervantes Holding Company, are RES-TCHC 2010 Irrevocable Trust, RFS-TCHC 2010 Irrevocable Trust, and Richard F. Schaden Trust U/DOT/Dated 5/17/04.  No publicly held entity

owns more than 10% of the stock or membership units of The Cervantes Holding Company LLC.

5. Cervantes Capital LLC's members are RESDE LLC and RFSI LLC. No publicly held entity owns more than 10% of the stock or membership units of Cervantes Capital LLC.

6. Cervantes Master LLC's sole member is Cervantes Investor Holdings LLC. No publicly held entity owns more than 10% of the stock or membership units of Cervantes Master LLC.

Respectfully submitted this 7th day of February, 2013.

> *s/ Leonard H. MacPhee*
> Leonard H. MacPhee
> Jess A. Dance
> Perkins Coie LLP
> 1900 Sixteenth Street, Suite 1400
> Denver, CO 80202
> Telephone: (303) 291-2300
> Facsimile: (303) 291-2400
> Email:  lmacphee@perkinscoie.com
>         jdance@perkinscoie.com
>
> Attorneys for QCE Holding LLC, QCE Incentive LLC, Quiznos Finance, Inc., The Cervantes Holding Company, Cervantes Capital LLC, Cervantes Master LLC, Richard E. Schaden, Richard F. Schaden, Patrick E. Meyers, and Steven B. Shaffer

Bruce Bennett
Christopher Lovrien
JONES DAY
555 South Flower Street
Fiftieth Floor
Los Angeles, CA  90071-2300
Telephone:  (213) 489-3939
Facsimile:  (213) 243-2539
Email:   bbennett@jonesday.com
             cjlovrien@jonesday.com

Attorneys for Defendants QCE Holding LLC, QCE Incentive LLC, Quiznos Finance, Inc., The Cervantes Holding Company, Cervantes Capital LLC, Cervantes Master LLC, Richard E. Schaden, Richard F. Schaden, and Patrick E. Meyers

Bruce A. Lampert
Katzman, Lampert & McCune
8501 Turnpike Dr., Suite 211
Westminster, CO 80031
Telephone:  (303) 465-3663
Facsimile:  (303) 465-3884
Email:  BLampert@klm-law.com

Attorney for Richard F. Schaden, Richard E. Schaden, Patrick E. Meyers, and Steven B. Shaffer

## CERTIFICATE OF SERVICE

I hereby certify that on February 7, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which are serve the following e-mail addresses:

    Jeffrey Cohen
    cohenj@ballardspahr.com

                                     *s/ Leonard H. MacPhee*
                                     Leonard H. MacPhee