**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-00248-MSK-MJW

AVENGERS, INC.; ANDRE BONYADIAN; TINA ALAMIAN; and ALICE BONIADIAN,

    Plaintiffs,

v.

QFA ROYALTIES LLC; QUIZNO'S FRANCHISING II LLC; QCE FINANCE LLC f/k/a QCE PARENT LLC; THE QUIZNO'S MASTER LLC; QIP HOLDER LLC; TQSC II LLC f/k/a TQSC LLC; QCE HOLDING LLC; QZ FINANCE LLC; QCE INCENTIVE LLC; QCE LLC; QUIZNOS FINANCE LLC; QAFT, INC.; AMERICAN FOOD DISTRIBUTORS LLC; SOURCE ONE DISTRIBUTION LLC f/k/a NATIONAL RESTAURANT SUPPLY DISTRIBUTION LLC; S&S EQUIPMENT COMPANY LLC; BA-BING! LLC f/k/a SOURCE ONE SYSTEMS LLC; CHAIN MANAGEMENT SYSTEMS LLC; KINETIC SOURCING SOLUTIONS LLC f/k/a U.S. FULFILLMENT LLC; CONTINENTAL LENDING GROUP LLC; CLG LEASING LLC; THE CERVANTES HOLDING COMPANY; CERVANTES CAPITAL LLC; CERVANTES MASTER LLC; RICHARD E. SCHADEN; RICHARD F. SCHADEN; PATRICK E. MEYERS; STEVEN B. SHAFFER; AVENUE CAPITAL GROUP, LLC; SYSTEM SERVICES OF AMERICA, INC. f/k/a McCABE'S QUALITY FOODS, INC.; SERVICES GROUP OF AMERICA, INC.; MCLANE COMPANY, INC.; FOOD PERFORMANCE GROUP, INC.; VISTAR CORPORATION; and JOHN DOES 1–50,

    Defendants.

## NOTICE OF ENTRY OF APPEARANCE OF CHANTELL TAYLOR

Please take notice that Chantell Taylor, of Hogan Lovells US LLP, hereby enters her appearance as counsel of record in the above-captioned action on behalf of Defendants QFA Royalties LLC, Quizno's Franchising II LLC, QCE Finance LLC, The Quizno's Master LLC, QIP Holder LLC, TQSC II LLC, QZ Finance LLC, QCE Incentive LLC, QCE LLC, QAFT, Inc., American Food Distributors LLC, Source One Distribution LLC, S&S Equipment Company LLC, Ba-Bing! LLC, Chain Management Systems LLC, Kinetic Sourcing Solutions LLC, Continental Lending Group LLC, Avenue Capital Group, LLC, CLG Leasing LLC, Systems

Services of America, Inc., Food Performance Group, Inc., Vistar Corporation, and Services Group of America, Inc.

Respectfully submitted this 7th day of February, 2013

        HOGAN LOVELLS US LLP

        *s/ Chantell Taylor*

        Chantell Taylor
        1200 Seventeenth Street, Suite 1500
        Denver, CO 80202
        Telephone:    (303) 454-2466
        Facsimile:    (303) 899-7333
        E-mail: chantell.taylor@hoganlovells.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 7th, 2013, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Jeffrey Cohen
    cohenj@ballardspahr.com

    Leslie A. Eaton
    eaton@ballardspahr.com

                                 *s/ Chantell Taylor*